United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Haim Tbeili, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-21806-Civ-Scola |
| ) | |
| Jonathan Munsell and others, ) | |
| Defendants. ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

The Court previously referred the Plaintiff's motion for attorneys' fees (Mot., ECF No. 33) to Magistrate Judge Jonathan Goodman for a report and recommendation. (Order Ref. Mot., ECF No. 34.) On June 12, 2023, Judge Goodman issued a report, recommending that the Court grant the Plaintiff's motion in part, deny the motion in part, and award $16,100.00 in attorneys' fees. (Rep. & Rec., ECF No. 36.) No party has filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation. (**ECF No. 36**.) The Court **grants in part** and **denies in part** the Plaintiff's motion for attorneys' fees. (**ECF No. 33**.) The Court **awards** the Plaintiff a total of $16,100.00 in attorneys' fees. The Court orders the Plaintiff to file a proposed order of final judgment, consistent with Federal Rule of Civil Procedure 58 and including the attorneys' fees award, no later than **July 19, 2023**. The Clerk is directed to **close** this case. Any pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on July 12, 2023.

_____
Robert N. Scola, Jr.
United States District Judge