United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Haim Tbeili, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-21806-Civ-Scola |
| | ) | |
| Jonathan Munsell and others, | ) | |
| Defendants. | ) | |

## Final Judgment

The Court has entered default judgment against the Defendants. (Order, ECF No. 32.) The Court has also resolved the Plaintiff's request for attorneys' fees and costs. (Order Adopting Rep. & Rec., ECF No. 36.) The Court now enters final judgment in favor of the Plaintiff, and against the Defendants, as required by Federal Rule of Civil Procedure 58. Accordingly, it is **ordered** and **adjudged** as follows:

1. Judgment is entered in favor of Plaintiff Haim Tbeili against the Defendants Jonathan Munsell; ProntoWash, LLC; ProntoWash Holdings LLC; ProntoWash Management LLC; and PW USA 2.0; jointly and severally, in the amount of (i) $672,853.11, plus post-judgment interest as prescribed under Section 55.03 of the Florida Statutes, and (ii) $16,100.00 in attorney's fees, for which sums let execution issue.

2. Jurisdiction of this case is retained to enter further orders that are proper and to enforce this Final Judgment, including any motions to compel the Defendants to complete Form 1.977, including all required attachments; any post-judgment matter that may be raised pursuant to the Federal Rules of Civil Procedure; and any motions that raise issues collateral to the Final Judgment.

3. The Court directs the Clerk **mail** copies of this order to the Defendants at the addresses listed below. The Court also directs the Clerk to **close** this case. Any pending motions are **denied as moot**.

   **Done and ordered** in Miami, Florida, on August 8, 2023.

   _____
   Robert N. Scola, Jr.
   United States District Judge

*Copies via U.S. mail to:*

Jonathan Munsell
5721 Bashford Crest Lane
Raleigh, NC 27606

Jonathan Munsell
5116 North Armenia Avenue
Suite 201
Tampa, FL 33603

ProntoWash Management, LLC
c/o Success Systems Management LLC, Manager
5721 Bashford Crest Lane
Raleigh, NC 27606

Prontowash Management, LLC
1931 Evans Road
Cary, NC 27513

ProntoWash Holdings, LLC
5116 North Armenia Avenue
Suite 201
Tampa, FL 33603

ProntoWash, LLC
5116 North Armenia Avenue
Suite 201
Tampa, FL 33603

PW USA 2.0
1931 Evans Road
Cary, NC 27513